UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



MAR 31 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEIZURE WARRANT          MAGISTRATE NO.  2:10-mj-00032

O R D E R

Upon consideration of the United States Motion to Seal/File Redacted Documents, it is hereby

**ORDERED** that the "Complete Patient Seizure List," the "Inventory Listing of All Items Seized at the Search Warrant Site," and the Affidavit in Support of the Application for a Search and Seizure Warrant be sealed, and that redacted versions of these documents be filed.

Entered: March 31, 2010

_____
HONORABLE MARY E. STANLEY
United States Magistrate Judge